UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| CHADLEN DeWAYNE SMITH,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>LORI RAWSON, MATT KEELER, REBECCA SHRUM, JEFF SCHRAEDER, JUDY MESICK, THOMAS KNOFF and DYLAN HOBSON,<br><br>　　　　　　　Defendants. | Case No. 1:19-cv-00053-CWD<br><br>**ORDER** |

　　　　The Court has before it Plaintiff's Motion for Sanctions and Motion for Hearing, filed on March 11, 2020, seeking an order compelling Defendants to produce documents as well as requesting monetary sanctions for Defendant's non-compliance with the Court's order regarding the same. (Dkt. 13.) The motion is ripe for review, and the issues presented are adequately set forth in the parties' written briefs. The matter will therefore be decided on the record before the Court without a hearing. D. Idaho L. Rule 7.1(d)(1)(B).

**ORDER - 1**

In its Initial Review Order, the Court required the parties to produce all information and records relevant to identified threshold issues within thirty days after service of process or written acceptance of service. (Dkt. 6.) Defendants waived service on January 30, 2020, and therefore were required to produce documents on or before March 2, 2020.[1] Defendants produced documents and served initial disclosures on March 30, 2020, corresponding with the timely filing of their answer to the complaint. (Dkt. 16.)

Under Federal Rule of Civil Procedure 4's waiver of service of summons process, Defendants had 60 days to file an answer. In retrospect, the Court should have set the deadline for discovery to correspond with the deadline for the answer. The Court agrees with Defendants that Plaintiff suffered no harm from receiving the discovery on March 30, rather than on March 2, and, therefore, the motion will be denied.

Any motions for dismissal or summary judgment regarding threshold issues must be filed no later than 60 days after entry of this order, with responses due 30 days after receipt of the motion, and replies, if any, due within 14 days after responses. Should Defendants decide not to file a motion for dismissal or summary judgment on threshold issues, the parties may engage in discovery on the merits of the claims for a period of 120 days after entry of this order. Amendment of the pleadings shall be due within 150 days after entry of this order, and dispositive motions shall be due within 180 days after entry of this order.

---

[1] Thirty days from January 30, 2020, fell on Saturday, February 29, 2020. Therefore, Defendants had until Monday, March 2, 2020, to produce documents.

**ORDER - 2**

## ORDER

**NOW THEREFORE IT IS HEREBY ORDERED:**

1) Plaintiff's Motion for Sanctions and Motion for Hearing (Dkt. 13) is **DENIED**.

2) Any motions for dismissal or summary judgment regarding threshold issues must be filed no later than 60 days after entry of this Order, with responses due 30 days after receipt of the motion, and replies, if any, due within 14 days after responses.

3) If Defendants decide not to file a motion for dismissal or summary judgment on threshold issues, the parties may engage in discovery on the merits of the claims for a period of 120 days after entry of this Order.

4) Amendment of the pleadings shall be due within 150 days after entry of this Order.

5) Dispositive motions shall be due within 180 days after entry of this Order.

6) The Clerk is directed to mail a copy of this Order to Plaintiff at his address of record.

DATED: May 8, 2020

Honorable Candy W. Dale
United States Magistrate Judge